No. 05–7485. HERRERA-TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7486. HALL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–7487. GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–7490. GANN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7497. MEDINA-TENIENTE v. UNITED STATES; VACA-HERNANDEZ v. UNITED STATES; TORRES-AVILA v. UNITED STATES; LOPEZ-CRUZ v. UNITED STATES; HERNANDEZ-GONZALEZ, AKA INFANTE v. UNITED STATES; CASTILLO-BUSTAMANTE, AKA GARCIA v. UNITED STATES; GUTIERREZ-SUAREZ v. UNITED STATES; GARCIA v. UNITED STATES; GONZALEZ-MATA, AKA GONZALEZ v. UNITED STATES; ESPINOZA-CORTEZ v. UNITED STATES; GONZALEZ-LOPEZ v. UNITED STATES; ENRIQUEZ-CASTILLO v. UNITED STATES; GAMES-FORBES, AKA JAMES-FORBS v. UNITED STATES; MEDINA-RODRIGUEZ v. UNITED STATES; CASTRO-SANTOYO v. UNITED STATES; HERNANDEZ-CARTAGENA v. UNITED STATES; CAVAZOS-MEDRANO, AKA RODRIGUEZ-SANCHEZ v. UNITED STATES; HERNANDEZ-HERNANDEZ v. UNITED STATES; ESQUIVEL-JUAREZ v. UNITED STATES; BERNAL-FLORES, AKA GUTIERREZ PENALOSA v. UNITED STATES; MESA-FRANCO v. UNITED STATES; RODRIGUEZ-CASTILLO v. UNITED STATES; GAMBOA-FIERRO v. UNITED STATES; MARQUEZ-FLORES v. UNITED STATES; GONZALEZ-ACOSTA v. UNITED STATES; MENDEZ, AKA ROSALES JIMINEZ v. UNITED STATES; and RIOS-DOMINGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7504. CRAWFORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.